# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | )   6:22-MJ- 120-MK |
|  | ) |
| ANDREW ROGERS | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 30, 2022__ in the county of __Lane__ in the District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Dsitribute Controlled Substances |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| 26 U.S.C. § 5861(d) | Unlawful Possession of Unregistered Silencers |

This criminal complaint is based on these facts:

Please see the affidavit of ATF Special Agent Noah Slackman, which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

/s/ Noah Slackman, Per Rule 4.1
*Complainant's signature*

Noah Slackman, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 1, 2022

*Judge's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*